**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>HO-CHUNK, INC., *et al.*,<br><br>Defendants. | Case No. 25-cv-3446 (JMC)<br><br>**UNDER SEAL** |

**MEMORANDUM OPINION**

Plaintiff, formerly known as John Doe Relator, filed a pro se suit under many statutes, including the False Claims Act. ECF 6. The Court issued a show cause order informing him that he could not pursue any claims on behalf of the United States. ECF 10. Plaintiff then sought to proceed pro se on his other claims brought on his own behalf. ECF 12 at 1. The Court could not discern which claims in his 96-page complaint he agreed to abandon and which he wanted to maintain, so it dismissed his complaint without prejudice. ECF 13 at 1. The Court ordered Plaintiff to submit an amended complaint asserting only claims on his own behalf by June 8, 2026, and informed him that failure to do so would lead the Court to dismiss this case in its entirety. *Id.* at 2.

Because Plaintiff has not filed any amended complaint by the deadline specified, this case is hereby **DISMISSED**. A separate order accompanies this memorandum opinion.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: July 15, 2026