**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA ex rel. JOHN DOE,

Plaintiff,

v.

HO-CHUNK, INC., *et al.*,

Defendants.

Case No. 25-cv-3446 (JMC)

**UNDER SEAL**

## ORDER

The Court **GRANTS** the Motion for Reconsideration, ECF 18, and reopens this case. The Court dismissed the case before receiving the United States's position and did not receive its written consent to dismissal. *See* 31 U.S.C. § 3730(b)(1). Although this case was filed as a False Claims Act (FCA) case, the Court did not consider it as such because a pro se plaintiff cannot litigate an FCA case. To the extent that the United States's written consent was required to dismiss the case, the Court now reopens the matter out of an abundance of caution to consider the United States's position.

**SO ORDERED.**

JIA M. COBB
United States District Judge

Date: August 5, 2026