# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Isaac Mulamba,<br>Plaintiff,<br>*v.*<br>HO-CHUNK, INC., et al.,<br>Defendants. | CV No. 25-cv-3446 (JMC) |

**PROOF OF SERVICE**

Plaintiff hereby files the attached Proof of Service reflecting that Defendants Ho-Chunk, Inc. et al. were served with the Summons, Complaint and Exhibits on August 25, 2026.

Respectfully submitted

ISAAC MULAMBA

/s/____________________________

Isaac Mulamba
2465 J-17 Centreville Rd, No. 225
Herndon, VA 20171
Email: isaac.mulamba@gmail.com

*Assisted by:*

Orion Legal & Paralegal Services
probono@orionlegalservices.com
804 761 3214

August 28, 2026

RECEIVED
AUG 28 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of Columbia**

**Isaac Mulamba**

Plaintiff(s),

vs.

**Ho-Chunk, Inc., et al**

Defendant(s).

Attorney: NONE

Isaac Mulamba
2465 J-17 Centreville Rd., No. 225
Herndon VA 20171

*361631*

**Case Number: 25-cv-3446(JMC)**

Legal documents received on **08/25/2026** at **7:10 AM** to be served upon **Ho-Chunk, Inc. at 10306 Eaton Pl. #510, Fairfax, VA 22030**

I, **Paul Salandy**, swear and affirm that on **August 25, 2026** at **11:41 AM**, I did the following:

Served **Ho-Chunk, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Exhibits** to **Julie Olson** as **Vice President & Authorized Agent** of **Ho-Chunk, Inc.** at **10306 Eaton Pl. #510, Fairfax, VA 22030**.

**Description of Person Accepting Service:**
Sex: Female Age: 50-60 Height: 5ft0in-5ft4in Weight: 100-130 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 8/27/26

**Paul Salandy**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:361631

RECEIVED

AUG 28 2026

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

Gmail Isaac M <isaac.mulamba@gmail.com>

## - Entity Notification of Service for Job 361631

**Brandon Snesko** <thankyou@samedayprocess.com> Tue, Aug 25, 2026 at 12:00 PM
To: isaac.mulamba@gmail.com

Thank you for choosing Same Day Process Service! Service upon the entity below is complete. Please immediately respond via email if you see an issue with the below information and we will respond accordingly. If everything looks good or if we do not receive a response from you, we will send the affidavit to the server to be signed and that will be sent to you shortly!

Same Day Process Service reference number: **361631**

*Reference Numbers:*

Clients Internal reference number: **Isaac Mulamba**
Job Level Client reference number:
Customer Internal reference number:
Job Level Customer reference number:

*Case Information:*

Court: **United States District Court for the District of Columbia**
Court County:
Plaintiff: **Isaac Mulamba**
Defendant: **Ho-Chunk, Inc., et al**
Case Number: **25-cv-3446(JMC)**
Documents Served: **Summons in a Civil Action; Complaint; Exhibits**

Servee: **Ho-Chunk, Inc.**
**Manner at which service was completed: Corporate**
**Person served legal documents: Julie Olson**
**Title: Vice President & Authorized Agent**
**Date Completed: 08/25/2026**
**Service Time: 11:41 AM**

**Description of person served with legal documents:**
**Sex: Female**
**Hair: Brown**
**Age: 50-60**
**Skin: Caucasian**
**Height: 5ft0in-5ft4in**
**Weight: 100-130 lbs**

**Address Served:**
**10306 Eaton Pl. #510**
**Fairfax**
**VA**
**22030**

**The Process Server was: Paul Salandy**

**Thank you again for choosing Same Day Process Service. Our goal is that every client experiences fast, professional and friendly service.**

**You are appreciated!**
**Same Day Process Service team**

NATIONWIDE
SAMEDAY PROCESS
*Serving the Impossible*

**Same Day Process Service**
**1413 K Street, NW 7th Floor**
**Washington, DC 20005**
**(202) 398-4200**
**Fax (202) 658-7925**
**www.samedayprocess.com**
**Info@samedayprocess.com**
**CLICK HERE to log in!**

PRIVACY NOTICE: This message is intended solely for the use of the individual and/or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable state and federal laws. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding or copying of this communication is strictly prohibited. If you received this communication in error, please notify sender immediately and delete the original message.

---



**93556a8dbc0.jpg**
166K

Gmail

Isaac M <isaac.mulamba@gmail.com>

# UPS Delivery Notification, Tracking Number 1Z2467Y64284194890

**UPS** <pkginfo@ups.com>
To: ISAAC.MULAMBA@gmail.com

Thu, Aug 27, 2026 at 1:36 PM

**Hello, your package has been delivered.**

**Delivery Date:** Thursday, 08/27/2026
**Delivery Time:** 12:34 PM
**Left At:** INSIDE DELIV
**Signed by:** FLUTE PLAYER

**THE UPS STORE**

| | |
|---|---|
| **Tracking Number:** | 1Z2467Y64284194890 |
| **Ship To:** | HO-CHUNK, INC<br>818 ST AUGUSTINES DR<br>WINNEBAGO, NE 680715167<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Ground |
| **Package Weight:** | 1.5 LBS |
| **Reference Number:** | DD |
| **Reference Number:** | MMT3W7VAQSE5D |

**Discover more about UPS:**

Visit www.ups.com

Sign Up For Additional E-Mail From UPS

Read Compass Online

Upgrade Plan

I

# Notice of Federal Court Lawsuit — Case No. 25-cv-3446 (JMC). Isaac Mulamba vs Ho-Chunk Inc. et al.

Open in Gmail

| | |
|---|---|
| **Recipients** | Jay J. Ludwig |
| **Send date** | Aug 26, 2026 at 2:07 AM |
| **Activity** | 76 opens |

## Email Activity

**Download Delivery Certificate**

Yesterday

**Opened email** 9:17 PM
by Jay J. Ludwig

**Opened email** 5:16 PM
by Jay J. Ludwig

**Opened email** 5:08 PM
by Jay J. Ludwig

**Opened email** 5:08 PM
by Jay J. Ludwig

**Opened email** 5:08 PM
by Jay J. Ludwig

**Opened email** 5:04 PM
by Jay J. Ludwig

**Opened email** 5:03 PM
by Jay J. Ludwig

**Mailsuite Extension is not installed**

Some features require installing the extension

Install Now

Upgrade Plan

# Notice of Federal Court Lawsuit — Case No. 25-cv-3446 (JMC). Isaac Mulamba vs Ho-Chunk Inc. et al.

Open in Gmail

| | |
|---|---|
| **Recipients** | rmireles@flatwaterinc.com |
| **Send date** | Aug 26, 2026 at 2:07 AM |
| **Activity** | 3 opens |

## Email Activity

Download Delivery Certificate

Yesterday

**Opened email** 6:59 AM
by rmireles@flatwaterinc.com

**Opened email** 2:09 AM
by rmireles@flatwaterinc.com

**Opened email** 2:07 AM
by rmireles@flatwaterinc.com

Upgrade Plan

I

# Notice of Federal Court Lawsuit — Case No. 25-cv-3446 (JMC). Isaac Mulamba vs Ho-Chunk Inc. et al.

Open in Gmail

| | |
|---|---|
| **Recipients** | sburrish@hochunksharedservices.com |
| **Send date** | Aug 26, 2026 at 2:06 AM |
| **Activity** | 2 opens |

## Email Activity

Download Delivery Certificate

Today

**Opened email** 2:10 AM
by sburrish@hochunksharedservices.com

**Opened email** 2:07 AM
by sburrish@hochunksharedservices.com